**Jorge Tomas Ramirez OSORIO; et al., Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–73005.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007 *.

Filed March 16, 2007.

Jorge Tomas Ramirez Osorio, Los Angeles, CA, pro se.

---

Candida Teresa Ramirez, Los Angeles, CA, pro se.

Jorge Castro Ramirez, Los Angeles, CA, pro se.

Jesus Castro Ramirez, Los Angeles, CA, pro se.

District Director, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, James A. Hunolt, Esq., Kristin K. Edison, Esq., DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, TROTT and FISHER, Circuit Judges.

MEMORANDUM **

Respondent has filed a motion for summary disposition is in part and a motion to dismiss in part. Respondent's motion for summary disposition is in part with regard to petitioner Jesus Ramirez Castro is granted because the questions raised by this petition for review are so insubstantial as not to require further argument because petitioner Jesus Ramirez Castro only applied for, and was granted, voluntary departure. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Further, we have reviewed the opposition to the motion to dismiss this petition for review for lack of jurisdiction with regard to petitioners Jorge Tomas Ramirez Osorio, Candida Teresa Ramirez and Jorge Ramirez Castro, and we conclude that petitioners have failed to raise a colorable constitutional or legal claim to invoke our jurisdiction over this petition for review. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001). Accordingly, respondent's motion to dismiss this petition for review for lack of jurisdiction with regard to petitioners Jorge Tomas Ramirez Osorio, Candida Teresa Ramirez and Jorge Ramirez Castro is granted. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003); *Montero–Martinez v. Ashcroft,* 277 F.3d 1137, 1144 (9th Cir.2002).

All other pending motions are denied as moot. The temporary stay of removal and voluntary departure confirmed by Ninth Circuit General Order 6.4(c) and *Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004), shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED IN PART and DISMISSED IN PART.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.